IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORIGA
MACON DIVISION

| | |
|---|---|
| International Fidelity Insurance Company, ) ) ) Plaintiff, ) v. ) ) BMC Contractors, Inc., Nile, Inc., ) Tritt Enterprises, Inc., Hefco Construction, ) Inc., Robertson –Ceco II d/b/a Star ) Building Systems, Doris D. Hefner, ) and Lon Dillard, ) ) Defendants. ) _____ ) | Civil Action File Number: 5:06-CV-186 (CAR) |

## CONSENT ORDER

BMC Contractors, Inc. ("BMC") having filed a Motion for Judgment on the Pleadings [Doc. 101] and a Motion to Stay the Proceedings and Compel Arbitration [Doc. 109] (collectively the "BMC Motions"); and

International Fidelity Insurance Company ("Plaintiff") having filed a Motion for Leave to Amend Complaint [Doc. 106] ("Plaintiff's Motion"); and

Plaintiff and BMC having agreed to resolve BMC's Motions and Plaintiff's Motion according to the terms set forth herein; it is hereby

ORDERED, ADJUDGED, AND DECREED that BMC's Motion to Stay the Proceedings and Compel Arbitration [Doc. 109] is hereby **GRANTED**. The above-captioned action is hereby **STAYED as to BMC pending arbitration**. BMC and Plaintiff shall make the necessary filings to commence arbitration within forty-five (45) days after entry of this Order. Arbitration shall proceed according to the provisions of the contract documents between Plaintiff and BMC unless otherwise agreed to by them. In the event that arbitration is not commenced

within said forty-five day period, the stay shall be deemed automatically lifted without further Order.

It is further Ordered that BMC's Motion for Judgment on the Pleadings [Doc. 101] and Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. 106] are hereby **DISMISSED without prejudice**.

SO ORDERED this 24th day of May, 2007

S/ C. Ashley Royal
C. Ashley Royal, Judge
United States District Judge

Consented to

s/ L. Judson Carroll, III

_____
L. Judson Carroll, III, General Counsel
GA. Bar No. 112712
Allstar Financial Group, Inc.
1301 Hightower Trail, Suite 210
Atlanta, GA 30350
Ph:  (678) 832-2150
Fax:  (404) 892-0186
Email: tcarroll@allstarfg.com
Attorney for Plaintiff


s/ Clifford M. Kirbo, by LJC w/ express permission

_____
Clifford M. Kirbo, Esq.
The Kirbo Law Firm
GA. Bar No. 422702
P.O. Box 1748
Moultrie, GA 31776
Ph: (229) 985-1955
Fax: (229) 890-2487
Attorney for BMC Contractors, Inc.